# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JOHNNIE LEE JORDAN, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D23-1689

_____

February 14, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.


PER CURIAM.

Affirmed.

LaROSE, BLACK, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.